IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Case No. 2:11-CR-0263
JUDGE EDMUND A. SARGUS, JR.

DALTON RAY CHAPMAN,

    Defendant.

## ORDER

Presently before the Court is Defendant Dalton Ray Chapman's Motion to Suppress Evidence (Doc. 14). This Court held a hearing on this motion on January 23, 2011. For the reasons set forth on the record at the hearing, Defendant's motion is **DENIED**.

IT IS SO ORDERED.

\_\_1-23-2012\_\_
**DATED**

_____
EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE